IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REBECCA ROGERS                                                      PLAINTIFF

v.                              No. 3:15-cv-251-DPM

NYK LINE (NORTH AMERICA), INC.*                          DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2016

---

*The Court directs the Clerk to correct the docket.